IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

23-4715

**UNITED STATES,**

*Plaintiff-Respondent,*

*v.*

**DARRECOS TAYLOR,**

*Defendant-Appellant.*

———————————————

MOTION FOR EXTENSION OF TIME TO FILE JOINT APPENDIX AND INITIAL BRIEF

———————————————

Counsel respectfully requests this Honorable Court grant a 10-day extension to file the joint appendix and initial brief in this matter for the following reasons.

Counsel has identified an issue that requires a phone consultation with the Appellant and is working to schedule that call. He had a call scheduled but no one appeared for the phone meeting and there was no answer at the Bureau of Prisons. It appears an Anders brief will be likely in this matter, but counsel wishes to consult with the Appellant prior to filing. While he is continuing to attempt to schedule a meeting by telephone, Appellant has also initiated contact by Corrlinks and may be able to accomplish consultation in that manner. For these reasons, counsel is unable to complete the brief and joint appendix by the current due date.

In order to competently and diligently protect Appellant's interests, an extension is necessary and reasonable. Counsel respectfully requests the Court grant an extension of 10 days and set the new due date as June 10, 2024 (the next business day after the tenth day).

Counsel has consulted with the assigned Assistant United States Attorney in this matter, and she has no objection to an extension.

                               Respectfully Submitted,

                               ***s/ Joshua Snow Kendrick***
                               Joshua Snow Kendrick (Fed ID 9037)
                               KENDRICK & LEONARD, P.C.
                               7 Mills Avenue (29605)
                               P.O. Box 6938
                               Greenville, SC 29606
                               Tel: (864) 760-4000
                               Josh@KendrickLeonard.com

May 28, 2024
Greenville, South Carolina